# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | CASE NO.   1:11-cv-184-LJO-MJS |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| MAGEC METRO TACTICAL TEAM, et al., | (ECF No. 4) |
| Defendants. | |

Plaintiff Phillip Sanders ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on February 24, 2011. (ECF No. 4.)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff's Motion to Proceed in forma pauperis is therefore GRANTED.

IT IS SO ORDERED.

Dated:   March 4, 2011               /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE