UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS | CASE NO.   1:11-CV-0184-LJO-MJS |
| Plaintiff, | ORDER TO SHOW CAUSE WHY A STATUS REPORT HAS NOTBEEN FILED AND WHY SANCTIONS SHOULD NOT BE ISSUED FOR PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER |
| v. | |
| MAGEC METRO TACTICAL TEAM, et.al., | |
| Defendants. | RESPONSE DUE BY OCTOBER 6, 2011. |
| / | (ECF No. 7) |

Plaintiff Phillip Sanders initiated this action by filing a pro se Complaint on February 9, 2011, and an application to proceed in forma pauperis. (ECF No. 1&2) Plaintiff's Complaint was screened by the Court, and an Order was issued on April 1, 2011 staying the case pending resolution of state court criminal proceedings. (ECF No. 7)

The Plaintiff was ordered to file a status report with the Court not later than June 30, 2011, and every ninety days thereafter advising of the status of criminal charges.

June 30, 2011 has passed and the Court has not received a status report from the Plaintiff as ordered by the Court on April 1, 2011.

Accordingly, Defendant is ORDERED to show cause **not later than October 6, 2011** why sanctions should be issued for failure to comply with the Court's April 1, 2011 Order.

IT IS SO ORDERED.

Dated:   September 19, 2011          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE